**Opinion filed June 6, 2019**



In The

# Eleventh Court of Appeals

_____

## No. 11-19-00012-CV

_____

## SIANA OIL AND GAS, Appellant

## V.

## TIM SNELSON'S PUMPING UNIT SERVICE, INC., Appellee

**On Appeal from the County Court at Law**
**Midland County, Texas**
**Trial Court Cause No. CC20132**

## M E M O R A N D U M   O P I N I O N

Appellant, Siana Oil and Gas, has filed in this court a motion to dismiss this appeal with prejudice. Appellant states in the motion that it has settled all issues with Appellee and no longer wishes to pursue its claims in this cause. Appellant indicates in the motion that all costs shall be borne by the party incurring same. _See_ TEX. R. APP. P. 42.1(d). In accordance with Appellant's request, we dismiss this appeal. _See_ TEX. R. APP. P. 42.1(a)(1).

The motion to dismiss with prejudice is granted, and the appeal is dismissed.

PER CURIAM

June 6, 2019

Panel consists of: Bailey, C.J.,
Stretcher, J., and Wright, S.C.J.[1]

Willson, J., not participating.

---

[1]Jim R. Wright, Senior Chief Justice (Retired), Court of Appeals, 11th District of Texas at Eastland, sitting by assignment.